UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 12-167 DOC (MRW) | Date | June 13, 2012 |
|---|---|---|---|
| Title | Thornton v. Astrue | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| n/a | | n/a |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL

   In February 2012, Plaintiff Thornton filed a complaint seeking review of an adverse decision by the Social Security Administration. (Docket # 3.) The Court granted Plaintiff's request to file the complaint without paying the filing fee. The Court further directed Plaintiff to serve the complaint on the agency within 30 days and file a proof of service. (Docket # 6.) Plaintiff apparently failed to do so. The Court issued an order in March 2012 informing Plaintiff that he was required to serve the complaint on the government by or before June 8, 2012 (120 days from filing of complaint pursuant to Federal Rule of Civil Procedure 4(m)), or his action will be dismissed without prejudice. (Docket # 7.)

   Plaintiff is proceeding without an attorney in this case. However the basic federal procedural rules regarding timely service of process apply to pro se litigants. The docket still does not reflect any proof of service on the government. Therefore, IT IS ORDERED that Plaintiff shall show cause why this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41 and failure to comply with court orders. Plaintiff must submit a declaration attesting to the status of this action and his service of the complaint by or before June 28, 2012. Failure to comply with this order shall be construed as an abandonment of the case and a request for dismissal.