# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. THORNTON, | ) Case No. ED CV 12-0167 DOC (MRW) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| MICHAEL J. ASTRUE, | ) |
| Defendant. | ) |

Pursuant to the Order Dismissing this action for failure to prosecute,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: July 16, 2012

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE